DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DONNIE JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1992

[December 22, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 03-12125CF10A.

Donnie Jackson, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***